JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Symbology Innovations, LLC, | CASE NO.: 2:19-cv-10847-RGK-AS |
| *Plaintiff*, | |
| v. | **[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE** |
| PUBLIC STORAGE, a Maryland real estate investment trust, | |
| *Defendant*. | |

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are dismissed WITH PREJUDICE and Defendant's counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE, wholly dismissing the instant action,

1  Symbology Innovations, LLC v. Public Storage, a Maryland real estate investment
2  trust, Case No. 2:19-cv-10847-RGK-AS, with each party to bear its own attorneys'
3  fees and costs.
4  
5      It is SO ORDERED.
6  Dated: March 4, 2020            _____
7                                                      United States District Judge